IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM G. EATON,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

Case No. 10-cv-87-slc

C. MOLINICA, Warden,

    Respondent.

---

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent dismissing the petition for a writ of habeas corpus.

_____      __5/11/10__
Peter Oppeneer, Clerk of Court            Date