IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM G. EATON,

    Petitioner,

v.

C. MOLINICA, Warden,

    Respondent.

AMENDED JUDGMENT IN A CIVIL CASE

Case No. 10-cv-87-slc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent denying the petition for a writ of habeas corpus and this case is dismissed.

_____      5/14/10
Peter Oppeneer, Clerk of Court         Date